No. 81–5634.  TISON v. ARIZONA (two cases).  Sup. Ct. Ariz.;

No. 81–6536.  AUTRY v. TEXAS.  Ct. Crim. App. Tex.;

No. 81–6711.  HILL v. ARKANSAS.  Sup. Ct. Ark.;

No. 81–6777.  CAPE v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC CLASSIFICATION CENTER.  Super. Ct. Ga., Butts County;

No. 81–6861.  WHITLEY v. VIRGINIA.  Sup. Ct. Va.;

No. 81–6976.  RUIZ ET AL. v. ARKANSAS.  Sup. Ct. Ark.;

No. 81–6978.  SMITH v. BALKCOM, WARDEN, GEORGIA STATE PRISON.  C. A. 11th Cir.;

No. 82–5001.  SMITH v. GEORGIA.  Sup. Ct. Ga.;

No. 82–5020.  ADAMS v. FLORIDA.  Sup. Ct. Fla.;

No. 82–5086.  MESSER v. ZANT, WARDEN.  Super. Ct. Ga., Butts County;

No. 82–5088.  JOHNSON v. TENNESSEE.  Sup. Ct. Tenn.;

No. 82–5090.  BROOKS v. ZANT, WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.  Super. Ct. Ga., Butts County;

No. 82–5093.  MASON v. MORRIS.  Sup. Ct. Va.;

No. 82–5147.  SINGLETON v. ARKANSAS.  Sup. Ct. Ark.;

No. 82–5170.  BLAZAK v. ARIZONA.  Sup. Ct. Ariz.;

No. 82–5183.  EVANS v. MACDOUGALL, DIRECTOR OF ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.; and

No. 82–5188.  BREEDLOVE v. FLORIDA.  Sup. Ct. Fla. Certiorari denied.  Reported below: No. 81–5634, 129 Ariz. 526, 633 P. 2d 335 (first case), 129 Ariz. 546, 633 P. 2d 355 (second case); No. 81–6536, 626 S. W. 2d 758; No. 81–6711, 275 Ark. 71, 628 S. W. 2d 284; No. 81–6861, 223 Va. 66, 286 S. E. 2d 162; No. 81–6976, 275 Ark. 410, 630 S. W. 2d 44; No. 81–6978, 660 F. 2d 573, 671 F. 2d 858, and 677 F. 2d 20; No. 82–5001, 249 Ga. 228, 290 S. E. 2d 43; No. 82–5020, 412 So.

2d 850; No. 82–5088, 632 S. W. 2d 542; No. 82–5170, 131 Ariz. 598, 643 P. 2d 694; No. 82–5188, 413 So. 2d 1.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.